IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Tucson                          **CRIMINAL MINUTES**

CR 10-00799-001-TUC-JMR(JCG)                          Date: 2/10/2011
CASE NUMBER

Hon. DANIEL L. HOVLAND, United States District Judge          Judge #: 6809

USA v. ASHLEY NICOLE ROMERO

DEFENDANT: ☒ Present ☐ Not Present ☒ Released ☐ Custody ☐ Writ

Deputy Clerk Linda Reis                 Crt Rptr: ECRO Silvia Guzman
U.S. Atty: Ryan Philip DeJoe            Intrptr: N/A
Dft Atty: Ralph Ellinwood, (Appointed)  ☒ Present

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

**JUDGMENT    [SENTENCE]**

☐ Defendant is placed on probation for a period of _____
  on Cts(s) _    ☐ with supervision ☐ w/o supervision

☒ Committed to the custody of the Bureau of Prisons to be imprisoned for a period of 15 Months on Cts(s) 1

☒ Supervised release term of 24 Months by law on Ct(s) 1

☐ Fine of $ on Ct(s) 1                              TOTAL FINE $

☐ Restitution of $ ordered pursuant to 1:3580

☒ Special Assessment of $100.00 pursuant to 18:3013 on Ct(s) 1

☐ On Motion of U.S. Atty: Ct(s) _____

☐ Order bond exonerated         ☐ Bond exonerated upon surrender to USM

☐ Dft advised of right to appeal    ☐ Appeal bond set at $_____

☒ Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.

☒ The Court adopts the Magistrate Judge's Findings and Recommendations filed in this matter and accepts the defendant's plea of guilty.

☒ Addt'l conditions probation/supervised release: see judgment

☐ Other: _____

Sentencing 15 minutes