PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## United States District Court
FOR THE

### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.  Crim. No. CR-10-00799-001-TUC-JMR(JCG)(DLH)

ASHLEY NICOLE ROMERO

On 05/25/2012 the above named was placed on supervised release for a period of 24 months. She has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that she be discharged from supervised release.

Respectfully submitted,

Claudia M. Quintero
U. S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 8 day of Aug, 2013.

The Honorable Raner C. Collins
United States District Judge